LAW OFFICES OF
**LAWRENCE M. FISHER**
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279

TELEPHONE (212) 226-5700
CELL (917) 225-2397
EMAIL: Fishercrimlaw@gmail.com

The Honorable Richard M. Berman　　　　　　　　　　　　　　　　June 12, 2023
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.  10007
**VIA ECF**

　　　　　　　　　　　　　Re: **United States v. Giordany Castillo Abreu**
　　　　　　　　　　　　　　　　23-CR-00055 (RMB)

Dear Judge Berman:

　　　I was recently retained to represent the above-named defendant who is currently at liberty.

　　　I submit this letter to request an adjournment of the status conference scheduled for Wednesday, June 14th. The reason for this request is that I have not had an opportunity to review the discovery materials. On June 8th, the Government provided me with a thumb drive which, unfortunately, is not compatible nor able to be opened by an Apple computer. Since I only have an Apple computer, I have not been able to open and to review the discovery materials. The Government and I are working to resolve this issue.

　　　Accordingly, I respectfully request that the status conference be adjourned to one of the following dates: July 18, 20, 21, 24, 25, 26, 28, or August 14, 15, 16, 17, 18, 21, 22, 24th.

　　　I have discussed the above request with AUSA Brandon Thompson and with co-defendant's counsel Jonathan Marvinny both of whom consent to this request.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE M. FISHER, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

---

Conference is adjourned to July 26, 2023 at 10:30 am.  Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 6/12/23
Richard M. Berman, U.S.D.J.