**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,     :       23 CR. 55 (RMB)
                                             :
      - against -                          :       **ORDER**
                                             :
                                             :
GIORDANY CASTILLO ABREU,                     :
                                             :
                        Defendant.      :
-------------------------------------------------------------x

       The sentencing scheduled for Wednesday, March 20, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: March 13, 2024
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.