**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :     23 CR. 55 (RMB)
                                         :
   - against -                          :     **ORDER**
                                         :
                                         :
GIORDANY CASTILLO-ABREU,                 :
                                         :
                Defendant.     :
------------------------------------------------------------x

The sentencing previously scheduled for Wednesday, March 20, 2024 at 11:00 A.M. is hereby rescheduled to 3:00P.M. on the same date.

The proceeding will take place in Courtroom 17B.

Dated: March 18, 2024
      New York, NY

                                                                _____
                                                                 RICHARD M. BERMAN
                                                                     U.S.D.J.