UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
                       Government, :   23 CR. 55 (RMB)
                                   :
           - against -             :   **ORDER**
                                   :
GIORDANY CASTILLO ABREU,           :
                                   :
                       Defendant.  :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 29, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 596 132 233#

Dated: October 23, 2024
       New York, NY

*Richard M. Berman*
_____
       **RICHARD M. BERMAN**
              **U.S.D.J.**