UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :    23 CR. 55 (RMB)
                                         :
          - against -                    :    **ORDER**
                                         :
GIORDANY CASTILLO ABREU,                 :
                                         :
                    Defendant.           :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, April 10, 2025 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 157 924 714#

Dated: April 2, 2025
       New York, NY

                                         _____
                                         **RICHARD M. BERMAN**
                                         **U.S.D.J.**