**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,         :        23 CR. 55 (RMB)
                                         :
        - against -                    :        **ORDER**
                                         :
GIORDANNY CASTILLO ABREU,                :
                                         :
                    Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 5, 2025 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 261 020 504#

Dated: May 28, 2025
       New York, NY

                                                              RICHARD M. BERMAN
                                                                    U.S.D.J.