**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                        Government,      :     23 CR. 55 (RMB)
                                           :
            - against -                 :     **ORDER**
                                           :
GIORDANY CASTILLO ABREU,                   :
                                           :
                        Defendant.       :
------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, July 23, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 177 578 178#

Dated: July 16, 2025
       New York, NY

                                             **RICHARD M. BERMAN**
                                                  U.S.D.J.