UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,   :   23 CR. 55 (RMB)
                                         :
       - against -                      :   **ORDER**
                                         :
GIORDANY CASTILLO ABREU,                 :
                                         :
                    Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, August 13, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 549 818 824#

Dated: August 7, 2025
       New York, NY

                                             RICHARD M. BERMAN
                                                   U.S.D.J.